**No. 64037.**—Parksmith Corp. *v.* United States, protest 59/652 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 64038.**—Madison Import Corp. and George Rose & Co. *v.* United States, protests 58/23541 and 58/23369 (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C.D. 1753), the claim of the plaintiff was sustained.

**No. 64039.**—M. Adler's Son, Inc. *v.* United States, protest 58/721 (New York).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise identified as article Nos. 53047, 53048-9-50, 51596, and 53341 consists of figures in chief value of decorated porcelain ware and does not contain 25 percent or more of calcined bone, the claim of the plaintiff was sustained as to said articles.

**No. 64040.**—United China & Glass Company *v.* United States, protest 58/20787 (San Francisco).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that item No. 30/5327 consists of porcelain ornaments, not tableware, the claim of the plaintiff was sustained.